# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN ROGERS

NO. 2025 KW 0894

**NOVEMBER 3, 2025**

---

In Re:   John Rogers, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-98-0878.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court denied relator's motion to correct an illegal sentence on February 28, 2023.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT